**The S. & S. Fuel Company, appellee, v. John B. Kausal Coal Company, appellant.    Gen. No. 30,732.**

Action for goods sold and delivered.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1925.    Affirmed.    Opinion filed October 13, 1926.

Garrett, McKenna & Harris, for appellant.    Edward D. Pomeroy and Henry T. Martin, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**P. Glesner, appellee, v. W. A. Nicholson, appellant.    Gen. No. 30,766.**

Action upon promissory note.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1925.    Reversed and remanded.    Opinion filed October 13, 1926.

John G. McDonald, for appellant.    Alex M. Golman, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Ferguson & Lange Foundry Company, appellant, v. Jacob Franks, appellee.    Gen. No. 30,775.**

Action for services and material furnished.    Judgment for defendant.    Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1925.    Affirmed.    Opinion filed October 13, 1926.

Silber, Isaacs, Silber & Woley, for appellant; James D. Woley, of counsel.    D'Ancona & Pflaum, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**H. C. Dean, trading as H. C. Dean & Company, plaintiff in error, v. Tillie Rosen, defendant in error.    Gen. No. 30,892.**

Action for commissions as real estate broker.    Judgment for defendant.    Error to the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding.    Heard in the third division of this court for the first district at the March term, 1926.    Reversed and remanded.    Opinion filed October 13, 1926.

James P. Graham, for plaintiff in error; Geo. F. Ort, of counsel.    Philip A. Weinstein, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.